

# NUMBER 13-18-00690-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CEDRIC DESHAWNN GREEN,                                      Appellant,

v.

THE STATE OF TEXAS,                                        Appellee.

On appeal from the 117th District Court
of Nueces County, Texas.

# ORDER

**Before Justices Benavides, Perkes, and Tijerina**
**Order Per Curiam**

Appellant Cedric Deshawnn Green has appealed his convictions for murder and

organized criminal activity in trial cause number 17FC-4466B. The trial court admitted

several video recordings at trial, including State's Exhibits 1, 2, 29, 30, 48, 95, and 121.

The court reporter did not submit copies of these videos with the reporter's record. The

Court is of the opinion that it needs to view the original exhibits. The clerk of the trial court is hereby ORDERED to forward State's Exhibits 1, 2, 29, 30, 48, 95, and 121 within FIVE days from the date of this order issued on September 24, 2020.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 24th
day of September, 2020.